# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1260.  RAFAEL CRAPPS v. THE STATE.**

In 2016, Rafael Crapps pled guilty to three counts of aggravated assault and one count of possession of a firearm by a convicted felon.  He subsequently filed, among other things, a motion to withdraw his guilty plea and a motion for an out-of-time appeal, which the trial court denied. We dismissed an application for discretionary review from that order as untimely.  See Case No. A18D0366 (Apr. 3, 2018).  On November 6, 2018 Crapps filed a "motion to vacate judgment deemed void." In the motion, Crapps argued that counsel provided ineffective assistance by failing to inform him of a plea offer that was less than the sentence he eventually received.  The trial court denied his motion, and Crapps filed this appeal.  We, however, lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal.  *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Because Crapps is not authorized to

collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id.; *Jordan v. State*, 253 Ga. App. 510, 511 (1) (559 SE2d 528) (2002).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/12/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*